IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ANTHONY HOLT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 3:24-CV-658-WKW |
| | ) [WO] |
| RUSSELL COUNTY SHERIFF DEPARTMENT, RUSSELL COUNTY JAIL DETENTION FACILITY, HEATH TAYLOR, STEVE JOHNSON, LIEUTENANT WILLIAMS, PAUL WEATHERLY, and IAN PARKER, | ) ) ) ) ) ) ) |
| | ) |
| Defendants. | ) |

## **ORDER**

On January 27, 2025, the Magistrate Judge filed a Recommendation to which Plaintiff filed no timely objections.[1] (Doc. # 5.) Based upon an independent review of the record, it is ORDERED as follows:

(1) The Recommendation (Doc. # 5) is ADOPTED; and

(2) This action is DISMISSED without prejudice.

Final judgment will be entered separately

DONE this 10th day of March, 2025.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE

---

[1] The Recommendation directed that, "by February 10, 2025, the parties may file objections to this Recommendation." (Doc. # 5 at 2.) For clarification, only Plaintiff has the opportunity to file objections because no Defendant has been served with a copy of the summons and complaint. As of the court-ordered deadline and to date, Plaintiff has not filed any objections.